FILED
IN CLERKS OFFICE

2015 MAR 5 PM 12 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CLERK OF COURT
Clerk's Office
1 Courthouse Way
Boston, Massachusetts 02210
(617) 748-9152

NOTICE OF REMOVAL OF THE ENTIRE CIVIL ACTION(S) ARISING UNDER THE FEDERAL CONSTITUTION AND FEDERAL LAWS OF THE UNITED STATES TIMELY FILED BY THE DEFENDANTS SANDRA AND EUGENE FREEMAN

    Both Defendants Sandra K. Freeman and Eugene A. Freeman first timely filed at January 15, 2015 as can be seen from both copies of the original Notice with mistaken caption stamped at said date this Notice of Removal from the Commonwealth of Massachusetts, Middlesex. ss. Superior Court Civil Action NO. 2014- 08561 *City of Malden v. Sandra Freeman and Eugene Freeman* of their entire case arising under the Constitution and Federal Laws of the United States as Fifty Six page of pleading and Forty Eight pages of exhibitions including page One of their pleading amended by Defendants sent to this Court, plus Twenty Four pages of Malden's claim No.2014-08561 in Trial Court.

    Both Defendants exercise the right of removal of their initial pledging including the Plaintiff's claim from the State Court to the Federal District Court having the original jurisdiction over Freemans disregarded rights in violation of the Federal Constitution and Federal laws of the United States, and direct and immediate harm done due to their ethnic and linguistic origin of vulnerable minorities as they alleged, stated and pleaded. The Defendants alleged that all damages and irreparable harm done by the concerted actions under the color of law to their fundamental, substantive personal interests and rights established by the Constitution and crystal clearly protected by the Federal Laws.

    The both Defendants pro se state that their pleading allege cause of action(s) within the jurisdiction conferred by 28 U.S.C. 1331 and containing matters within this Honorable Court original jurisdiction.

This amended Notice of Removal together with Certificate of Service and entire file with check filed with this Honorable Court by the Defendant in-person this day of March 5$^h$ of 2015, Plaintiff and Middlesex Superior Court served with the same by the United States Postal Office by the Certified articles with return paid by the sender.

Sandra K. Freeman pro se  *Sandra Freeman 03/05/15*

Eugene A. Freeman pro se  *[signature] 03/05/2015*

March 5th of 2015

5 Acorn street Unit #Two

Malden MA 02148-7601

No ground telephone line